IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Vazquez, Ismael

Printed: 5/27/08

Case Number: 07 B 00526
Judge: Wedoff, Eugene R
Filed: 1/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: April 10, 2008
Confirmed: March 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,425.00 |  |
| Secured: |  | 2,494.94 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,639.63 |
| Trustee Fee: |  | 290.43 |
| Other Funds: |  | 0.00 |
| Totals: | 5,425.00 | 5,425.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,900.00 | 2,639.63 |
| 2. | American General Finance | Secured | 6,509.85 | 2,051.12 |
| 3. | Dell Financial Services, Inc | Secured | 1,061.70 | 443.82 |
| 4. | Seventh Avenue | Unsecured | 777.53 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 2,328.67 | 0.00 |
| 6. | Capital One | Unsecured | 745.37 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 582.51 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 2,868.14 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 837.33 | 0.00 |
| 10. | AT&T | Unsecured |  | No Claim Filed |
| 11. | Chase | Unsecured |  | No Claim Filed |
| 12. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 13. | Household Bank FSB | Unsecured |  | No Claim Filed |
|  |  |  | $ 18,611.10 | $ 5,134.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 19.97 |
| 5.4% | 270.46 |
|  | $ 290.43 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Vazquez, Ismael

Printed: 5/27/08

Case Number: 07 B 00526
Judge: Wedoff, Eugene R
Filed: 1/11/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

